# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CLINTON S. MCCLINTOCK, | CASE NO. 07cv668 J (POR) |
|---|---|
| Plaintiff, | **ORDER:** |
| v. | **REFERRING MATTER TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

All matters arising in this social security appeal are referred to the Honorable Louisa S. Porter, United States Magistrate Judge, for report and recommendation pursuant to section 636(b)(1)(B) of title 28 of the United States Code and Local Rule 72.1.  *See*  28 U.S.C. 636(b)(1)(B) (2006); S.D. Cal. Civ. R. 72.1 (2006).

**IT IS SO ORDERED.**

DATED: April 16, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

Copies to:   All parties;

United States Attorney's Office, Civil Division
880 Front Street, Suite 6293
San Diego, CA 92101;

Honorable Louisa S. Porter